UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BMG PRODUCTION MUSIC, INC.,

                      Plaintiff,

       -against-

HILTON WORLDWIDE HOLDINGS INC., *f/k/a* HILTON HOTEL CORPORATION, HILTON WORLDWIDE INC., *a/k/a* PARK HOTEL & RESORTS, INC., HILTON DOMESTIC OPERATING COMPANY INC., and ABC CORPORATION, an unknown corporate entity,

                      Defendants.

----------------------------------------------------------------X

ORDER SCHEDULING TELEPHONE CONFERENCE

1:19-cv-5992 (PAE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 31). A telephone conference will be held on **Monday, January 27, 2020 at 4:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: December 17, 2019
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge